[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Sims*, Slip Opinion No. 2024-Ohio-5175.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-5175

THE STATE OF OHIO, APPELLANT, *v.* SIMS, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Sims*, Slip Opinion No. 2024-Ohio-5175.]**

*Court of appeals' judgment reversed and cause remanded for application of* State v. Mays.

(No. 2024-0228—Submitted October 22, 2024—Decided October 31, 2024.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-230274, 2023-Ohio-4711.

_____

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, and DETERS, JJ.  DONNELLY, STEWART, and BRUNNER, JJ., dissented and would affirm the court of appeals' judgment for the reasons set forth in Justice Brunner's dissenting opinion in *Mays*.

{¶ 1} The judgment of the First District Court of Appeals is reversed, and the cause is remanded to that court for application of *State v. Mays*, 2024-Ohio-4616.

_____

Melissa A. Powers, Hamilton County Prosecuting Attorney, and Sean M. Donovan, Assistant Prosecuting Attorney, for appellant.

Derek W. Gustafson for appellee, Branden Sims.

_____